158 A.3d 1224

COMMONWEALTH of Pennsylvania, Respondent

v.

Daniel F. LOUGHNANE, Petitioner

No. 164 MAL 2016

Supreme Court of Pennsylvania.

July 19, 2016

## ORDER

PER CURIAM

AND NOW, this 19th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues.

Whether the Superior Court erred by holding that the automobile exception, adopted in Commonwealth v. Gary, 625 Pa. 183, 91 A.3d 102 (2014), allowed police to seize a vehicle from the defendant's private residential driveway without a warrant?